IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ROBIN SCHADE, | * | |
| PLAINTIFF | * | CIVIL ACTION FILE NO: |
| v. | * | |
| | | 4:13-CV-513 (CDL) |
| NEW ENERGY CORP. d/b/a | * | |
| NEC ELECTRICAL SUPPLY& | | |
| NEAL DAWSON JR., individually | * | |
| DEFENDANTS | * | |

## DISMISSAL WITH PREJUDICE

Comes now Plaintiff and, pursuant to FRCP 41 (a)(1) and dismisses the above captioned matter with prejudice

Respectfully submitted this 4th day of January, 2014.

/S/John W. Roper
John W. Roper

The Roper Law Firm
5353 Veterans Parkway, Suite D
Columbus, Georgia 31904
(706) 596-5353
johnroper@roperlaw.com
Georgia Bar No:  614159

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ROBIN SCHADE, | * | |
|     PLAINTIFF | * | CIVIL ACTION FILE NO: |
| v. | * | |
| | * | |
| NEW ENERGY CORP. d/b/a | * | 4:13-CV-513 (CDL) |
| NEC ELECTRICAL SUPPLY& | * | |
| NEAL DAWSON JR., individually | * | |
|     DEFENDANTS | * | |

## CERTIFICATE OF SERVICE

I, John W. Roper, hereby verify that on January 4, 2014, I electronically filed the foregoing **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service a copy of the same by first class mail to Defendants' attorney:

        Richard E. Flowers, Esq.
        #4 6th Street
        PO Box 2571
        Columbus, GA 31902
        *Attorney for Defendants*

This 4th day of January, 2014.

        */s/ John W. Roper*
        John W. Roper
        johnroper@roperlaw.com

The Roper Law Firm
5353 Veterans Parkway, Suite D
Columbus, Georgia  31904
Phone: (706) 596-5353
Georgia Bar No.: 614159